UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | Criminal Action No. 5: 17-101-DCR |
| | ) | and |
| V. | ) | Civil Action No. 5: 19-501-DCR |
| | ) | |
| FERNANDO RAFAEL LARA SALAS, | ) | |
| | ) | **MEMORANDUM ORDER** |
| Defendant/Movant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant/Movant Fernando Lara Salas has filed a motion seeking to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. [Record No. 192] In support, he claims that his trial and appellate attorneys provided ineffective assistance of counsel. Based upon these assertions, the United States ordinarily will seek to obtain affidavits of the movant's attorneys to refute some or all of the defendant's claims. In this regard, the Court notes that authority from several circuits, including the Sixth Circuit, would indicate that Lara Salas has waived his otherwise valid assertion of attorney-client privilege with respect to the specific matters raised in the § 2255 motion. *See United States v. Pinson*, 584 F.3d 972, 977 (10th Cir. 2009), *cert. denied*, 559 U.S. 955 (2010); *In re Lott*, 424 F.3d 446, 453 (6th Cir. 2005); *Bittaker v. Woodford*, 331 F.3d 715, 716 (9th Cir. 2003) (en banc); *Johnson v. Alabama*, 256 F.3d 1156, 1178 (11th Cir. 2001); *Tasby v. United States*, 504 F.2d 332, 336 (8th Cir. 1974); and *Laughner v. United States*, 373 F.2d 326, 327 (5th Cir. 1967).

Accordingly, it is hereby **ORDERED** as follows:

On or before **January 20, 2020**, Defendant Lara Salas is **DIRECTED** to respond to the question of whether he has waived the attorney-client privilege regarding all claims of ineffective assistance of counsel concerning his motion filed pursuant to 28 U.S.C. § 2255. [Record No. 192] Lara Salas is advised that a finding of implied waiver will result in the United States being allowed to contact his former attorneys for the purpose of obtaining information necessary to respond to his claims of ineffective assistance of counsel.

Dated: December 31, 2019.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky